UNITED STATES of America,
Plaintiff–Appellee,

v.

**Michael Aaron LITTLE, Defendant–Appellant.**

No. 01–6355.

United States Court of Appeals,
Fourth Circuit.

Submitted May 17, 2001.

Decided May 29, 2001.

Michael Aaron Little, pro se. Jerry Wayne Miller, United States Attorney, Asheville, NC, for appellee.

Before WIDENER, NIEMEYER, and MICHAEL, Circuit Judges.

PER CURIAM.

Michael Aaron Little seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West Supp.2000). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *See United States v. Little,* Nos. CR–86–18–C; CA–01–26–V (W.D.N.C. Jan. 26, 2001). Little's motion to proceed in forma pauperis is denied. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*